FILED
CLERK, U.S. DISTRICT COURT
MAR 5 2008
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD HALL, | NO. CV 05-1977 GPS (AJWx) |
| Plaintiff, | |
| v. | JUDGMENT |
| CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, MARK ARNESON and KENNETH CROCKER, | |
| Defendants, | |

In light of this Court's grant of summary judgment for Defendants set forth in the February 5, 2008 Order, **IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff shall take nothing and judgment is hereby entered for Defendants on all claims for relief.

While Defendants are the prevailing party, the Court declines to award costs to Defendants for the following reasons. *See Ass'n of Mexican-American Educators v. California*, 231 F.3d 572, 591-92 (explaining that, under Rule 54 of the Federal Rules of Civil Procedure, a court has discretion to award costs as long as it lists specific reasons). First, Plaintiff Hall has limited financial resources. Second, there is a great economic disparity between Plaintiff Hall and

Defendants the City of Los Angeles and its Police Department. Third, Plaintiff's case had some merit given the public importance of assuring that a party has a constitutional due-process right to be free from prosecution based on false evidence.

Dated this 4th day of March 2008.

*[signature]*

GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE