JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD C. HALL,<br><br>        *Plaintiff,*<br><br>  v.<br><br>CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, DARYL F. GATES, MARK ARNESON, KENNETH CROCKER, WAYNE DUFORT, AARON MARTIN, LIONEL ROBERT, and DOES 1 TO 10<br><br>        *Defendants.* | Case No. CV 05-1977 ABC(AJWx)<br><br>**[PROPOSED]**<br><br>**JUDGMENT** ~~**GRANTING DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT**~~<br><br>**April 19, 2010**<br>Date: ~~February 8, 2010~~<br>Time:     10:00 a.m.<br>Courtroom:  680 |

NOTE: CHANGES MADE BY THE COURT

    The Motion for Summary Judgment or Partial Summary Judgment jointly filed by Defendants City of Los Angeles, Los Angeles Police Department, Kenneth Crocker and Mark Arneson came on regularly for hearing on ~~February 8, 2010~~ April 19, 2010 before the Honorable Audrey B. Collins.  The following appearances were made by the parties: on behalf of the Plaintiff Harold C. Hall, John Burton, Esq. and William J. Genego; on behalf of Defendants City of Los Angeles, Los Angeles Police Department, and Kenneth Crocker Deputy City Attorney Wendy Shapero; and on behalf of Defendant Mark Arneson, Donald Forgey, Esq.

    After considering the moving, opposing, and reply papers, and having heard the

arguments of counsel, the Court issued its Order granting the Motion for Summary Judgment in favor of Defendants City of Los Angeles, et al.

Therefore, for the reasons set forth by this Court granting the Summary Judgment, judgment is hereby entered in Defendants' favor and against HAROLD C. HALL. As the Defendants are the prevailing party, they shall be entitled to recover their costs reasonably incurred pursuant to F.R.C.P.

IT IS SO ORDERED:

DATED: 4/20/2010

*/s/ Audrey B. Collins*
_____
AUDREY B. COLLINS
United States District Court Judge

2