JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD C. HALL,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>        Defendants. | CV 05-1977 ABC (AJWx)<br><br>JUDGMENT |

    The Joint Motion for Summary Judgment by Defendants KENNETH CROCKER and MARK ARNESON came on regularly for hearing on August 12, 2013 before the Honorable Audrey B. Collins.  Plaintiff was represented by John Burton and William Genego. Kenneth Crocker was represented by Deputy City Attorney Wendy Shapero.  Mark Arneson was represented by Donald Forgey who was unable to appear.  After considering the moving, opposing, and reply papers, and having heard the arguments of counsel, the Court issued its Order granting the Motion for Summary Judgment on August 16,2013 (Document # 282).

    In light of the foregoing, Defendants are entitled to judgment against Plaintiff.

    Because the case "involve[d] issues of substantial importance"

that were close and difficult, because Plaintiff's case, though unsuccessful, had merit, and in light of the economic disparity between Plaintiff and Defendants, the Court declines to award Defendants costs. See <u>Association of Mexican-American Educators v. California</u>, 231 F.3d 572, 591-92 (9th Cir. 2000) (en banc).

Therefore, for the reasons set forth by this Court in its Order granting Defendants' Motion for Summary Judgment, **judgment is hereby entered** in Defendants' favor and against Plaintiff Harold C. Hall. Each side is to bear its own costs.

**IT IS SO ORDERED.**

**DATED: August 23, 2013**

_____
**AUDREY B. COLLINS**
**UNITED STATES DISTRICT JUDGE**

2